| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

**SELF INITIATED AMENDMENT**

| 1. Person Reporting (last name, first, middle initial)<br><br>BABCOCK, LEWIS T. | 2. Court or Organization<br><br>U.S. DISTRICT COURT - COLORADO | 3. Date of Report<br><br>04/16/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1929 STOUT STREET, C450<br>DENVER, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 APR 22 A 9:49 FINANCIAL DISCLOSURE OFFICE RECEIVED

Babcock, Lewis T.

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/16/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed (Artist) |
| 2. 2009 | Boat Anchors, Inc. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Double Eagle Petroleum Mining Co (Com.) | | None | J | T | | | | | |
| 2. | Prime Energy Corp (Com) | | None | J | T | | | | | |
| 3. | jhi, Inc. (Com | | None | J | T | | | | | |
| 4. | Colorado Public Employees Retirement Association | | None | M | T | | | | | |
| 5. | Brokeridge Account #1 (IRA) | | | | | | | | | |
| 6. | a) AIM Premier aka AIM Charter Fund C/A | A | Dividend | J | T | | | | | |
| 7. | b) Hartford Fund Cl B | A | Dividend | J | T | | | | | |
| 8. | Brokeridge Account #2 (IRA) | | | | | | | | | |
| 9. | a) AIM Premier Equity Cl B aka AIM Charter Fund C/B | A | Dividend | J | T | | | | | |
| 10. | Brokerage Account #2 | | | | | | | | | |
| 11. | a) AIM Equity Fund Class A | A | Dividend | J | T | | | | | |
| 12. | Brokeridge Account #3 | | | | | | | | | |
| 13. | a) Citibank NA | A | Interest | J | T | | | | | |
| 14. | b) AT&T Inc | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 15. | c) Pfizer, Inc. f/k/a Weyth (Com) | A | Dividend | K | T | | 10/16/09 | K | | |
| 16. | c)(i) Pfizer, Inc. | A | Dividend | K | T | Sold | 10/16/09 | K | | |
| 17. | d) Alcatel0Lucent ADR | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. e) Viacom B (Com) | A | Dividend | J | T | | | | | |
| 19. f) GNMA (9/86) | A | Interest | J | T | Redeemed | | J | A | |
| 20. g) GNMA (12/86) | A | Interest | J | T | | | | | |
| 21. h) LSI Corp | | None | J | T | | | | | |
| 22. j) Comcast Corp (Com) | | None | J | T | | | | | |
| 23. k) AIM Premier Equity Fund Class A | A | Distribution | K | T | | | | | |
| 24. l) Capital World Growth & Income B | A | Dividend | K | T | | | | | |
| 25. AIM Invesco Growth Fund | | None | J | T | | | | | |
| 26. AIM Diversified Div Fund | A | Dividend | K | T | | | | | |
| 27. AIM Invesco Free Bond Fund | C | Int./Div. | L | T | | | | | |
| 28. Valic (IRA) nka AIG Retirement | A | Interest | J | T | | | | | |
| 29. Waddell & Reed Tot. Ret. Fund (IRA) | A | Dividend | J | T | | | | | |
| 30. U.S. Consolidated Federal Credit Union nka ENT | | | | | | | | | |
| 31. a) CD | A | Interest | J | T | | | | | |
| 32. b) Account #1 | A | Interest | J | T | | | | | |
| 33. USbancorp Account #1 | A | Interest | J | T | | | | | |
| 34. USbancorp Account #2 | A | Interest | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)           U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lot Riverside County, Calif (Line 20, 2000 Report) | | None | J | W | | | | | |
| 36. .333 Int in Sec 15, TWP 10 S, Rng. 14E, SBBAM, Imperial, CA | C | Rent | M | W | | | | | |
| 37. Brokeridge Account #1 (IRA) | | | | | | | | | |
| 38. a) Capital World Growth Income B | A | Dividend | J | T | | | | | |
| 39. b) Capital Income Building Fund B | A | Dividend | K | T | | | | | |
| 40. American Funds IICA | A | Dividend | K | T | | | | | |
| 41. Brokeridge Account #3 r) Legg Mason Value Trust, Inc. | A | Dividend | J | T | | | | | |
| 42. Brokeridge Account #3 CBS | A | Dividend | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/16/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Lines 15 and 16 - 2009 Report - There was a merger of Wyeth and Pfizer, Inc. and transaction occurred in exchange for stock and sale.

Part VII. Line 18, 2008 Report. GNMA was redeemed in the past. My records do not reflect the date.

Part III.B.2. 2009 Report is amended to reflect spouse's additional Non-Investment Income.

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/16/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2010 | FOR CALENDAR YEAR 2009 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BABCOCK, LEWIS T. | U.S. DISTRICT COURT - COLORADO | 04/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE - SENIOR STATUS | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1929 STOUT STREET, C450 DENVER, CO 80294 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Self-employed (Artist) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK. LEWIS T. | 04/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Double Eagle Petroleum Mining Co (Com.) | | None | J | T | | | | | |
| 2. Prime Energy Corp (Com) | | None | J | T | | | | | |
| 3. jhi, Inc. (Com | | None | J | T | | | | | |
| 4. Colorado Public Employees Retirement Association | | None | M | T | | | | | |
| 5. Brokeridge Account #1 (IRA) | | | | | | | | | |
| 6. a) AIM Premier aka AIM Charter Fund C/A | A | Dividend | J | T | | | | | |
| 7. b) Hartford Fund Cl B | A | Dividend | J | T | | | | | |
| 8. Brokeridge Account #2 (IRA) | | | | | | | | | |
| 9. a) AIM Premier Equity C1B aka AIM Charter Fund C/B | A | Dividend | J | T | | | | | |
| 10. Brokerage Account #2 | | | | | | | | | |
| 11. a) AIM Equity Fund Class A | A | Dividend | J | T | | | | | |
| 12. Brokeridge Account #3 | | | | | | | | | |
| 13. a) Citibank NA | A | Interest | J | T | | | | | |
| 14. b) AT&T Inc | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 15. c) Pfizer, Inc. f/k/a Weyth (Com) | A | Dividend | K | T | | 10/16/09 | K | | |
| 16. c)(i) Pfizer, Inc. | A | Dividend | K | T | Sold | 10/16/09 | K | | |
| 17. d) Alcate10Lucent ADR | | None | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. e) Viacom B (Com) | A | Dividend | J | T | | | | | |
| 19. f) GNMA (9/86) | A | Interest | J | T | Redeemed | | J | A | |
| 20. g) GNMA (12/86) | A | Interest | J | T | | | | | |
| 21. h) LSI Corp | | None | J | T | | | | | |
| 22. j) Comcast Corp (Com) | | None | J | T | | | | | |
| 23. k) AIM Premier Equity Fund Class A | A | Distribution | K | T | | | | | |
| 24. l) Capital World Growth & Income B | A | Dividend | K | T | | | | | |
| 25. AIM Invesco Growth Fund | | None | J | T | | | | • | |
| 26. AIM Diversified Div Fund | A | Dividend | K | T | | | | | |
| 27. AIM Invesco Free Bond Fund | C | Int./Div. | L | T | | | | | |
| 28. Valic (IRA) nka AIG Retirement | A | Interest | J | T | | | | | |
| 29. Waddell & Reed Tot. Ret. Fund (IRA) | A | Dividend | J | T | | | | | |
| 30. U.S. Consolidated Federal Credit Union nka ENT | | | | | | | | | |
| 31. a) CD | A | Interest | J | T | | | | | |
| 32. b) Account #1 | A | Interest | J | T | | | | | |
| 33. USbancorp Account #1 | A | Interest | J | T | | | | | |
| 34. USbancorp Account #2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Lot Riverside County, Calif (Line 20, 2000 Report) | | None | J | W | | | | | |
| 36. .333 Int in Sec 15, TWP 10 S, Rng. 14E, SBBAM, Imperial, CA | C | Rent | M | W | | | | | |
| 37. Brokeridge Account #1 (IRA) | | | | | | | | | |
| 38. a) Capital World Growth Income B | A | Dividend | J | T | | | | | |
| 39. b) Capital Income Building Fund B | A | Dividend | K | T | | | | | |
| 40. American Funds IICA | A | Dividend | K | T | | | | | |
| 41. Brokeridge Account #3 r) Legg Mason Value Trust, Inc. | A | Dividend | J | T | | | | | |
| 42. Brokeridge Account #3 CBS | A | Dividend | J | T | | | | • | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Lines 15 and 16 - 2009 Report - There was a merger of Wyeth and Pfizer, Inc. and transaction occurred in exchange for stock and sale.

Line 18. 2008 Report. GNMA was redeemed in the past. My records do not reflect the date.

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T. | 04/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington. D.C. 20544